ANNA S. WOLF, appellant,

*v.*

FEDERAL DEPOSIT INSURANCE Co., respondent.

[Argued May 27th, 1942.   Decided September 18th, 1942.]

390

392

*Mr. Atwood C. Wolf,* for the appellant.

*Mr. John Milton,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.